UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CANDI TIZENO      CIVIL ACTION NO: 6:23-cv-01632

VERSUS      JUDGE S. MAURICE HICKS, JR.

DRIVER PIPELINE CO.,
AIG PROPERTY CASUALTY
COMPANY and JOSE T. GONZALES, JR.      MAGISTRATE JUDGE DAVID J. AYO

## ORDER

CONSIDERING the above and foregoing Motion and Order to Dismiss;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims of Plaintiff, Candi Tizeno, asserted in and arising from the above-referenced litigation against Defendants, JOSE T. GONZALEZ, JR., DRIVER PIPELINE CO., INC., AIG PROPERTY CASUALTY COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, are hereby dismissed in their entirety and that the instant litigation be and is hereby dismissed against Defendants, JOSE T. GONZALEZ, JR., DRIVER PIPELINE CO., INC., AIG PROPERTY CASUALTY COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, with prejudice and each party to bear their own costs.

THUS DONE AND SIGNED, in Shreveport, Louisiana, this 23rd day of October, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF LOUISIANA

{01973175.DOCX;1}